# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2006

Clifford W. Taylor,
Chief Justice

129665

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FRANCIS TULL,
       Plaintiff-Appellee,

v

                                 SC: 129665
                                 COA: 252683
                                 Genesee CC: 02-072773

WTF, INC., d/b/a J.J. SHAKERS,
       Defendant,
       Cross-Plaintiff-Appellant,
and

RICKY JOE ROLLAND,
       Defendant, Cross-Defendant.

_____/

      On order of the Court, the application for leave to appeal the August 30, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2006

_____
Clerk

t0419